IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**UNITED STATES OF AMERICA**      **PLAINTIFF**

v.      **CASE NO. 2:21-CR-00162-BSM**

**JC WATSON**      **DEFENDANT**

## AMENDED ORDER

The motion for psychological evaluation [Doc. No. 17] is granted. *See* 18 U.S.C. §§ 4241–4242. JC Watson is remanded to the United States Marshal's custody once a facility has been designated to perform the examination. Once a facility designation is made, the Marshals Service is directed to (1) notify the court of Watson's designation, and (2) transport Watson to the designated facility within ten days. 18 U.S.C. § 3161(h)(1)(F). The period for Watson's examination shall not exceed 45 days. 18 U.S.C. § 4247(b). This time period is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A).

The person conducting the examination must file a report and send copies to counsel for the United States, Lauren Eldridge, Post Office Box 1229, Little Rock, Arkansas, 72203, and to counsel for Watson, Omar Greene, 1501 N. University Avenue, Suite 225, Little Rock, AR 72207. The report must state whether Watson is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; whether he was insane at the time of the offenses. 18 U.S.C. § 4247(c).

Fourteen days from the date the examination report is received, any party who requests

a hearing regarding any issues in the report or who opposes the report must file a motion for hearing or a motion in opposition.  Any party filing such a motion must include a concise statement of opposition to the report and supporting authorities.  If no motions are filed within fourteen days of the date the report is filed, its findings will be adopted or rejected, and the period of excluded delay will end.

    IT IS SO ORDERED, this 30th day of June, 2022.

 

_____
UNITED STATES DISTRICT JUDGE