# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

v.                      **CASE NO. 2:21-CR-00162-BSM-1**

**J C WATSON**                                                            **DEFENDANT**

## ORDER

J C Watson's motion for compassionate release [Doc. No. 43] is denied without prejudice because he has not shown that extraordinary and compelling circumstances warrant his release. *See* 18 U.S.C. §§ 3582(c)(1)(A). On November 16, 2023, Watson was sentenced to 46 months' imprisonment for being a felon in possession of a firearm and ammunition. Doc. No. 39. Watson states that he qualifies for compassionate release due to an unidentified diagnosis of terminal illness and a physical or mental condition from which he is not expected to recover that substantially diminish his ability to provide self-care in prison. Doc. No. 43. Watson has failed to establish extraordinary and compelling circumstances warranting release because he has not identified the illnesses or conditions he is experiencing, and has failed to provide medical support for them or explain how the medical treatment the prison offers is inadequate. *Id*. Watson may file a renewed motion addressing these deficiencies if desired.

IT IS SO ORDERED this 13th day of February, 2024.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE